IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wallace, Lynette M

Printed: 9/3/08

Case Number: 04 B 29475
Judge: Wedoff, Eugene R
Filed: 8/9/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 14, 2008
Confirmed: September 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 36,942.32 |  |
| Secured: |  | 12,397.46 |
| Unsecured: |  | 19,326.33 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,916.21 |
| Other Funds: |  | 602.32 |
| Totals: | 36,942.32 | 36,942.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | HSBC Auto Finance | Secured | 12,397.46 | 12,397.46 |
| 3. | Monroe & Main | Unsecured | 112.07 | 112.77 |
| 4. | HSBC Auto Finance | Unsecured | 4,057.38 | 4,082.64 |
| 5. | Midnight Velvet | Unsecured | 68.71 | 69.13 |
| 6. | Resurgent Capital Services | Unsecured | 2,626.71 | 2,643.07 |
| 7. | Jefferson Capital | Unsecured | 181.62 | 182.75 |
| 8. | Educational Credit Management Corp | Unsecured | 8,001.69 | 8,051.53 |
| 9. | Jefferson Capital | Unsecured | 1,421.39 | 1,430.24 |
| 10. | Resurgent Capital Services | Unsecured | 2,737.15 | 2,754.20 |
| 11. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 12. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 34,304.18 | $ 34,423.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 363.35 |
| 4% | 102.08 |
| 3% | 76.55 |
| 5.5% | 380.03 |
| 5% | 109.25 |
| 4.8% | 244.64 |
| 5.4% | 640.31 |
|  | _____ |
|  | $ 1,916.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wallace, Lynette M | Case Number:  04 B 29475 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  8/9/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

